*In re* Integración de Salas de Verano.

*Número:* ES-2000-01          *Resuelto:* 9 de junio de 2000

## RESOLUCIÓN

En conformidad con lo dispuesto en la Regla 4(d) del Reglamento de este Tribunal, 4 L.P.R.A. Ap. XXI–A, se constituyen las siguientes Salas Especiales de Despacho para funcionar durante el receso de verano:

*Del 1ro de julio al 15 de agosto de 2000*

Hon. Francisco Rebollo López, *Presidente*
Hon. Miriam Naveira de Rodón
Hon. Jaime B. Fuster Berlingeri

*Del 16 de agosto al 30 de septiembre de 2000*

Hon. José A. Andréu García, *Presidente*
Hon. Federico Hernández Denton
Hon. Baltasar Corrada del Río
Hon. Efraín E. Rivera Pérez

Los Presidentes de Sala quedan facultados para sustituir a los Jueces que no puedan intervenir en algún asunto ante su consideración, y asimismo para convocar al Pleno del Tribunal cuando fuere necesario.

El Tribunal continuará emitiendo y certificando opiniones y sentencias durante este período.

*Publíquese.*

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.

(*Fdo.*) Isabel Llompart Zeno
*Secretaria del Tribunal Supremo*